UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                    )
                                    )
UNITED STATES OF AMERICA            )
                                    )
     v.                             )   CR. No. 07-125-01 S
                                    )
JOSE MANUEL VASQUEZ                 )
                                    )
_____)

### ORDER

WILLIAM E. SMITH, Chief Judge.

On December 14, 2015, United States Magistrate Judge Patricia A. Sullivan issued a Report and Recommendation ("R&R") in the above-captioned matter (ECF No. 124) recommending that this Court certify that Defendant's appeal is not taken in good faith and deny his Motion for Leave to Appeal In Forma Pauperis ("IFP Motion") (ECF No. 122). No objections to the R&R were filed, and the time for doing so has passed. Because this Court agrees with Magistrate Judge Sullivan's analysis, the Court hereby accepts the R&R pursuant to 28 U.S.C. § 636(b)(1). The R&R is ADOPTED and Defendant's IFP Motion is DENIED.

IT IS SO ORDERED.

/s/ William E. Smith
_____
William E. Smith
Chief Judge
Date:  February 23, 2016